Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error.  There was judgment for the plaintiff, and the defendant takes writ of error.  Dismissed on praecipe of counsel for plaintiff in error.

Decision Per Curiam.

L. Bucki and Son Lumber Company, a corporation under the laws of New Jersey, Plaintiff in Error, vs. John G. Christopher, Defendant in Error.

Writ of Error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*W. H. Baker and George C. Bedell,* for Plaintiff in Error.

*Cooper & Cooper,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error.  There was judgment for the plaintiff and the defendant takes writ of error.  Dismissed on præcipe of counsel for plaintiff in error.

Decision Per Curiam.

William M. Dallam, Appellant, vs. Charles R. Bisbee, Melance J. Bisbee, C. C. Bisbee and William A. Bisbee individually and as executors of the will of Virginia J. Bisbee, deceased, and Rufina Bisbee Freeborn, Appellees.

Appeal from Circuit Court, Duval county, Rhydon M. Call, Judge.

*King & King,* for Appellant.

*W. B. Young,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. Dismissed on præcipe of counsel for appellants.

Decision Per Curiam.

---

The Ellsworth Trust Company, a corporation under the laws of Iowa, Appellant vs. George W. Kierulff, Appellee.

Appeal from Circuit Court, Osceola county; John D. Broome, Judge.

*Arthur F. Odlin,* for Appellant.

*G. A. Hanson,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Dismissed for failure to file abstracts of record.

Decision Per Curiam.